# United States Court of Appeals for the Federal Circuit

<u>ERRATUM</u>

May 21, 2009

Appeal No. 2008-5042

<u>Ellamae Phillips Co. v. United States</u>

Precedential Opinion

Decided: May 5, 2009

On Page 7, line 20, replace "state law question that is different in Idaho and Colorado and" with "question that typically."